THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. McGRATH et al., Appellants, *v.* GEORGE WEISS et al., Constituting the Town Board of the Town of Rockland, Respondents.

*Towns — water districts — certiorari — determination of town board establishing a water district confirmed.*

*People ex rel. McGrath v. Weiss*, 216 App. Div. 505, affirmed.

(Argued February 23, 1927; decided March 29, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1926, which unanimously confirmed, on certiorari, a determination of the town board of the town of Rockland that the petition presented to it for the establishment of a water district in said town was in fact signed and acknowledged by a majority of the owners of taxable real property in the proposed water district therein described, as appeared by the last preceding completed assessment roll of the town of Rockland, and establishing a water district accordingly.

*C. H. Hitchcock* for appellants.

*William G. Birmingham* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

OLGA PETROVA, Appellant, *v.* WILLIAM H. ROBERTS, Respondent.

*Process — service — jurisdiction — non-resident alien, while attending court in this State as witness in action brought by him, may not be served with process in another action.*

*Petrova v. Roberts*, 216 App. Div. 814, affirmed.

(Submitted February 23, 1927; decided March 29, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial